Motion, insofar as it seeks leave to appeal from the April 2014 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the June 2014 Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

CAROLYN MARY SCHENK, Appellant, v STATEN ISLAND UNIVERSITY HOSPITAL et al., Respondents, et al., Defendant.

Submitted December 16, 2013; decided September 23, 2014

Motion for reargument denied [*see* 22 NY3d 951 (2013)].

In the Matter of the Claim of VOLODYMYR I. TKACHYSHYN, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted August 25, 2014; decided September 23, 2014

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 1016 (2014)].

In the Matter of the Claim of VOLODYMYR I. TKACHYSHYN, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted August 25, 2014; decided September 23, 2014

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 1016 (2014)].

VERIZON NEW YORK, INC., Formerly Known as NEW YORK TELEPHONE COMPANY, Plaintiff, v SUPERVISOR OF TOWN OF OYSTER BAY et al., Defendants and Third-Party Plaintiffs-Respondents. COUNTY OF NASSAU et al., Third-Party Defendants-Appellants.

Submitted August 4, 2014; decided September 23, 2014